ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RONALD MILOSEVICH II, | No. SACV 13-0486 DFM |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, **THE COURT ORDERS, ADJUDGES, AND DECREES** that this case be remanded to the

1 Social Security Administration for further proceedings consistent with the parties'
2 joint stipulation.

4 Date: October 29, 2013

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE